UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **FLETCHER, GEORGE H**

Chapter 13 Case No. **05-60170**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CAPITAL ONE<br>PO BOX 85167<br>RICHMOND, VA 23285 | 11 | $744.92 | $70.01 |

TOTAL TO CLERK'S FUND                                           $70.01

**February 24, 2010**                    /s/ Kyle L Carlson
DATE                                                    TRUSTEE

RECEIVED 10 FEB 25 AM 10:02 U.S. BANKRUPTCY COURT FERGUS FALLS, MN